IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 10-1469 |
| ) | |
| COMMONWEALTH OF PENNSYLVANIA ) | JUDGE CONTI |
| Department of General Services ) | |
| Slippery Rock University of ) | ELECTRONICALLY FILED |
| Pennsylvania, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' MOTION FOR ENTRY OF CONSENT DECREE**

AND NOW, comes Plaintiff, United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Paul E. Skirtich, Assistant United States Attorney for said district, and files the following Motion for Entry of Consent Decree. In support of its Motion, Plaintiff respectfully avers as follows:

1. On November 3, 2010, the Notice of Lodging of Proposed Consent Decree was filed.

2. On December 10, 2010, one (1) comment was received concerning the entry of the Decree.

3. Simultaneous with the filing of this Motion, the Memorandum in Support of this Motion, which contains the response to the one (1) comment, was filed.

4.  Since the comment fails to show that the Consent Decree is not fair, adequate, and reasonable and consistent with the goals of the Clean Air Act, Title 42, United States Code, Section 7401 et seq., this Court should grant the Motion of the United States for Entry of the Consent Decree in this case. In fact, the comment does not oppose the entry of the Consent Decree but postures for more conditions.

>Respectfully submitted,
>
>IGNACIA S. MORENO
>Assistant Attorney General
>Environment and Natural Resources
>Division
>United States Department of Justice
>
>s/Robert D. Brook
>ROBERT D. BROOK (OR Bar # 794938)
>Assistant Chief
>Environmental Enforcement Section
>Environment and Natural Resources
>Division
>United States Department of Justice
>P.O. Box 7611
>Washington, DC 20044
>Phone: (202) 514-2738
>
>DAVID J. HICKTON
>UNITED STATES ATTORNEY
>
>s/Paul E. Skirtich
>PAUL E. SKIRTICH
>Assistant U.S. Attorney
>Western District of Pennsylvania
>U.S. Post Office & Courthouse
>700 Grant Street, Suite 4000
>Pittsburgh, PA 15219
>(412) 894-7418
>PA ID No. 30440

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2011, a true and correct copy of the United States' Motion to Enter Consent Decree was electronically filed and served on the following counsel, by prepaid first-class mail:

> Susan P. LeGros, Esquire
> Stevens & Lee
> 620 Freedom Business Center, Suite 200
> King of Prussia, PA 19103

s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant U.S. Attorney